**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

| | | |
|---|---|---|
| RALPH JAMES MERCADO, | ) | |
| Petitioner, | ) | CIVIL ACTION NO.: CV213-108 |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | (Case No.: CR295-06) |
| Respondent. | ) | |

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Government's Motion to Dismiss is **GRANTED**. The Motion to Vacate Sentence, filed pursuant to 28 U.S.C. § 2255, is **DISMISSED**. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this ____ day of _____, 2013.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA